IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02498-BNB

DANIEL L. HOFF,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT,
WARDEN TRAVIS TRANI, Arrowhead Cor. Fac.,
EXECUTIVE DIRECTOR TOM CLEMENTS, Colorado Department of Corrections,

    Defendants.

ORDER DIRECTING PLAINTIFF TO SUBMIT NEW MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

    Plaintiff, Daniel L. Hoff, initiated this action while he was a prisoner in the custody of the Colorado Department of Corrections (DOC).  On October 27, 2011, the court entered an order granting Mr. Hoff's motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Because he was a prisoner, Mr. Hoff was ordered to pay an initial partial filing fee within thirty days and to make monthly filing fee payments until the filing fee was paid in full.  *See* 28 U.S.C. § 1915(b)(1) & (2).  Mr. Hoff has not paid the initial partial filing fee within the time allowed.  However, on October 17, 2011, Mr. Hoff filed a notice of change of address indicating that he soon would be released from prison and, based on a search using the inmate locator feature on the DOC's website, it appears that Mr. Hoff has been released from custody and no longer is a prisoner.

    Mr. Hoff's continuing obligation to pay the filing fee is to be determined, like any

nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See DeBlasio v. Gilmore*, 315 F.3d 396, 399 (4th Cir. 2003) ("A released prisoner should not have to shoulder a more difficult burden than the average indigent plaintiff in order to continue his lawsuit."). In order to make this determination, the court will require Mr. Hoff to submit a new motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on the court's nonprisoner *in forma pauperis* motion form. Alternatively, Mr. Hoff may elect to pay the $350.00 filing fee. Accordingly, it is

ORDERED that, **within thirty (30) days from the date of this order**, Mr. Hoff either pay the entire $350.00 filing fee or submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that Mr. Hoff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Hoff fails to comply with this order within the time allowed, the action will be dismissed without further notice.

DATED December 8, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge