IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02498-BNB

DANIEL L. HOFF,
    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT,
WARDEN TRAVIS TRANI, Arrowhead Cor. Fac.,
EXECUTIVE DIRECTOR TOM CLEMENTS, Colorado Department of Corrections,
    Defendants.

ORDER OF DISMISSAL

Plaintiff, Daniel L. Hoff, initiated this action while he was a prisoner in the custody of the Colorado Department of Corrections. On October 27, 2011, Magistrate Judge Boyd N. Boland entered an order granting Mr. Hoff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Because he was a prisoner, Magistrate Judge Boland ordered Mr. Hoff to pay an initial partial filing fee within thirty days and to make monthly filing fee payments until the filing fee was paid in full. *See* 28 U.S.C. § 1915(b)(1) & (2). Mr. Hoff did not pay the initial partial filing fee within the time allowed.

On December 8, 2011, Magistrate Judge Boland entered an order directing Mr. Hoff to file a new motion seeking leave to proceed *in forma pauperis* on the Court's nonprisoner form because it appeared that Mr. Hoff had been released from custody and no longer was a prisoner. Alternatively, Magistrate Judge Boland advised Mr. Hoff that he could pay the $350.00 filing fee. Mr. Hoff was warned that the action would be dismissed without further notice if he failed either to pay the filing fee or to file a new motion seeking leave to proceed *in forma pauperis* within thirty days.

Mr. Hoff has failed within the time allowed either to pay the filing fee or to file a new motion seeking leave to proceed *in forma pauperis* as directed. In fact, Mr. Hoff has failed to communicate with the Court in any way since his last filing on October 17, 2011. Therefore, the action will be dismissed without prejudice for failure to comply with a court order and failure to prosecute.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Hoff failed to comply with a court order and has failed to prosecute this action. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   17th   day of    January   , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court